AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 19 CRM 291 |
| Solomon Aburekhanlen, et al. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Solomon Aburekhanlen

Date: 05/06/2019

*Attorney's signature*

Archibong Archibong
*Printed name and bar number*

55 Jericho Turnpike, Suite 200
Jericho, New York 11753

*Address*

archieslaw@gmail.com
*E-mail address*

(516) 997-9711
*Telephone number*

(516) 997-9722
*FAX number*