UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SOLOMON ABUREKHANLEN,<br><br>                    Defendant. | No. 19-CR-291 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Aburekhanlen's letter of February 3, 2021. (See dkt. no. 230.) Counsel of record Archibong Mendie Archibong shall provide the Court with a response no later than March 3, 2021.

**SO ORDERED.**

Dated:    February 24, 2021
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1