UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

SOLOMON ABUREKHANLEN,

                Defendant.

19 Cr. 291 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    Defendant Solomon Aburekhanlen is hereby directed to contact his Pretrial Services Officer to inform her whether he has retained counsel or, if he is unable to retain counsel, if he intends to submit a CJA Form 23 financial affidavit.

    The Clerk of Court is directed to mail a copy of this order to Mr. Aburekhanlen.

    SO ORDERED.

Dated:    New York, New York
           August 23, 2021

_Loretta A. Preska_____
LORETTA A. PRESKA
Senior United States District Judge

1