UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff<br><br>    -against-<br><br>SOLOMON ABUREKHANLEN,<br><br>             Defendant. | 19 Cr. 291 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Having reviewed Defendant Solomon Aburekhanlen's CJA 23 financial affidavit, the Court appoints Aaron Mysliwiec as counsel for Mr. Aburekhanlen under the Criminal Justice Act, effective as of August 25, 2021.

**SO ORDERED.**

Dated:    New York, New York
           September 14, 2021

                                            _____
                                            LORETTA A. PRESKA
                                            Senior United States District Judge