

September 15, 2021

*Via* **ECF**

The Honorable Loretta A. Preska
U.S. District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:** ***United States v. Adelekan et al. (Solomon Aburekhanlen)*, 19 Cr. 291 (LAP)**

Dear Judge Preska:

      I represent Mr. Solomon Aburekhanlen in the above-referenced matter. I write to respectfully request that Mr. Aburekhanlen be permitted to join in the *in limine* motions filed by his co-defendants Abiola Olajumoke and Oluwaseun Adelekan, and any other co-defendants to the extent that they benefit him.

      Respectfully submitted,

      /s/

      Aaron Mysliwiec, Esq.

SO ORDERED.

*Loretta A. Preska*   9/17/2021