

August 9, 2022

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

*Loretta A. Preska*
8/10/2022

      Re:    *United States v. Solomon Aburekhanlen*, 19 Cr. 291 (LAP)

Dear Judge Preska:

      I represent Mr. Aburekhanlen in the above-referenced matter. Mr. Aburekhanlen has been released on bond in connection with this case since April 25, 2019.

      I write respectfully to request that the Court modify the conditions of Mr. Aburekhanlen's bond to allow him to retrieve his passport from Pretrial Services, temporarily keep it in his possession for a period of one week, and subsequently return it to Pretrial Services. The reason for this request is that Mr. Aburekhanlen wishes to obtain a replacement Social Security card, and his understanding from SSA is that to obtain a replacement card, he needs to bring his passport to a location in person.

      The government, through AUSA Daniel Wolf, informed me it has no objection to this request. Pretrial Services, through Officer Courtney DeFeo, informed me it takes no position as to this request.

      Thank you for the Court's consideration.

      Respectfully submitted,

      /s/

      Aaron Mysliwiec
      *Attorney for Solomon Aburekhanlen*

CC:    Counsel of record
       *via ECF*