

August 1, 2023

<u>**VIA ECF**</u>
The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:**   *United States v. Solomon Aburekhanlen*, 19 Cr. 291 (LAP)

Dear Judge Preska:

     I write on behalf of Solomon Aburekhanlen, my client in the above-captioned case. Mr. Aburekhanlen is currently scheduled to be sentenced by this Court on August 15, 2023.

     I write to respectfully request that the Court adjourn the deadlines for Mr. Aburekhanlen's sentencing submission, pursuant to the Court's Individual Rules and Practices, for two days or at a date and time thereafter that is convenient for the Court. Therefore, the defense submission would be due on August 3, 2023, and the Government's submission would be due on August 10, 2023. The reason for this request is that I require additional time to finalize Mr. Aburekhanlen's sentencing submission.

     The government, through AUSA Rebecca Dell, informed me it has no objection to this request, provided that <u>both parties are granted an adjournment for their respective deadlines.</u>

     Thank you for the Court's consideration of this request.

                               Respectfully submitted,

                                   /s/

                               Aaron Mysliwiec
                               *Attorney for Solomon Aburekhanlen*

cc:   Counsel of record
     *via ECF*

Mr. Aburekhanlen's sentencing is adjourned to August 30, 2023
at 11:00 a.m. in Courtroom 12A.

SO ORDERED.

*Loretta A. Preska*
8/1/2023