```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America,            :
                                     :
                                     :
                Plaintiff(s),        :   19 CR 291-03 (LAP)
                                     :
                                     :   SCHEDULING ORDER
        -against-                    :
                                     :
Solomon Aburekhanlen,                :
                                     :
                Defendant(s).        :
                                     :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    It is hereby

    ORDERED that the proceeding scheduled for August 30, 2023 at 11:00 am is adjourned to September 28, 2023 at 10:30 am.

SO ORDERED.

                                                                 */s/ Loretta A. Preska*
                                                         Loretta A. Preska, Senior U.S.D.J.

Dated:   New York, New York
           August 9, 2023