**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 3, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Solomon Aburekhanlen*, 19 Cr. 291 (LAP)

Dear Judge Preska:

      The Government respectfully submits this letter, without objection from defense counsel to Solomon Aburekhanlen, to request that its deadline for filing its sentencing submission concerning Aburekhanlen be adjourned from tomorrow, October 4, 2023, until this Friday, October 6, 2023. This is the first request by the Government for an adjournment of its deadline to file a sentencing submission concerning Aburekhanlen.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
October 3, 2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Daniel H. Wolf / Rebecca T. Dell
Assistant United States Attorneys
(212) 637-2337 / 2198

cc:    All defense counsel of record (by ECF)