
Miedel & Mysliwiec LLP

November 13, 2023

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Solomon Aburekhanlen*, 19 Cr. 291 (LAP)

Dear Judge Preska:

    I represent Mr. Aburekhanlen in the above-referenced matter. Mr. Aburekhanlen had been released on bond in connection with this case since April 25, 2019. He was recently sentenced on October 11, 2023. As part of his sentence, he received one year of supervised release with all standard terms and conditions, alongside special conditions of access to requested financial information, no new credit charges, and searches.

    At this stage, I write to respectfully request that Mr. Aburekhanlen be allowed to retrieve his passport from Pretrial Services. The reason for this request is that the surrender of Mr. Aburekhanlen's passport was part of his Pretrial conditions, and, following his sentencing, he wishes to retrieve his belongings in a timely manner. Mr. Aburekhanlen will still be under the regular supervision of the U.S. Probation Office until the end of his term of supervised release and will not engage in any travel unless it is first authorized by Probation.

    The government, through AUSA Daniel Wolf, informed me consents to this request. The U.S. Probation Office, through Officer Karen Rosero, informed me it has no objection.

    Thank you for the Court's consideration.

                                                                           Respectfully submitted,

**SO ORDERED**
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
11/13/23

                                                                           /s/

                                                                      Aaron Mysliwiec
                                                                      *Attorney for Solomon Aburekhanlen*

    CC:   Counsel of record
              *via ECF*